B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Siddiqui, Moin** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Siddiqui, Anjum** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7522** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8062** |
| Street Address of Debtor (No. and Street, City, and State):<br>**790 Standford Lane**<br>**Carol Stream, IL**  ZIP Code **60188** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**790 Standford Lane**<br>**Carol Stream, IL**  ZIP Code **60188** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
- ☐ Debts are primarily
  business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)

Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Siddiqui, Moin**<br>**Siddiqui, Anjum** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ Salvador Lopez**　　　　　　　　　　**July 29, 2013**<br>Signature of Attorney for Debtor(s)　　　　(Date)<br>**Salvador Lopez** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

　　　_____
　　　(Name of landlord that obtained judgment)


　　　_____
　　　(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Siddiqui, Moin** <br> **Siddiqui, Anjum** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Moin Siddiqui**
_____
Signature of Debtor **Moin Siddiqui**

X **/s/ Anjum Siddiqui**
_____
Signature of Joint Debtor **Anjum Siddiqui**

_____
Telephone Number (If not represented by attorney)

**July 29, 2013**
_____
Date

### Signature of Attorney*

X **/s/ Salvador Lopez**
_____
Signature of Attorney for Debtor(s)

**Salvador Lopez 6256956**
_____
Printed Name of Attorney for Debtor(s)

**THE LAW OFFICE OF LOPEZ & MOHAMMED**
_____
Firm Name

**164 E. Chicago Street**
**Suite 1B**
**Elgin, IL 60120**

_____
Address

**Email: ATTORNEYSL@YAHOO.COM**
**847-608-1600  Fax: 866-871-1073**
_____
Telephone Number

**July 29, 2013**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Moin Siddiqui**
        **Anjum Siddiqui**

Debtor(s)      Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Moin Siddiqui**
                       **Moin Siddiqui**

Date:   **July 29, 2013**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Moin Siddiqui**
        **Anjum Siddiqui**

                            Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                              Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Anjum Siddiqui**

                        **Anjum Siddiqui**

Date:   **July 29, 2013**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Moin Siddiqui,**
      **Anjum Siddiqui**

Case No. _____

_____,
                         Debtors

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 164,000.00 | | |
| B - Personal Property | Yes | 3 | 15,464.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 527,112.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 50 | | 219,198.69 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,858.12 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,880.00 |
| Total Number of Sheets of ALL Schedules | | 64 | | | |
| | | Total Assets | 179,464.00 | | |
| | | Total Liabilities | | 746,310.69 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Moin Siddiqui,**                                              Case No. _____
      **Anjum Siddiqui**

                                                              ,        Chapter _____**7**_____
                                              Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,858.12 |
| Average Expenses (from Schedule J, Line 18) | 3,880.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,481.84 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 136,296.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 219,198.69 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 355,494.69 |

B6A (Official Form 6A) (12/07)

In re  **Moin Siddiqui,**

      **Anjum Siddiqui,**

Case No. _____

_____,

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 790 Standford Lane, Carol Stream IL 60188** | | J | 164,000.00 | 291,928.00 |

| | | | |
|---|---|---|---|
| | Sub-Total > | **164,000.00** | (Total of this page) |
| | Total > | **164,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Moin Siddiqui,**
     **Anjum Siddiqui**

                                                                                    Case No. _____
                                                                          ,
                                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase checking account** | J | 100.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Location: 790 Standford Lane, Carol Stream IL 60188** | J | 150.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Location: 790 Standford Lane, Carol Stream IL 60188** | J | 130.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                                          Sub-Total >          380.00
                                                                    (Total of this page)

  __2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Moin Siddiqui,**           Case No. _____
     **Anjum Siddiqui**

_____,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401 K | J | 3,700.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                3,700.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Moin Siddiqui,**                                                    Case No. _____
       **Anjum Siddiqui**
                                                    ,
                                    Debtors
## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Hyundai Sonat 2011** **Location: 790 Standford Lane, Carol Stream IL 60188** | J | 7,284.00 |
| | | **2001 Honda Civic** **Location: 790 Standford Lane, Carol Stream IL 60188** | J | 4,100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  | **11,384.00** |
|---|---|---|
|  | (Total of this page) |  |
|  | Total >  | **15,464.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re    **Moin Siddiqui,**                                      Case No. _____
         **Anjum Siddiqui**

                                        Debtors                  ,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                 *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase checking account** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Household Goods and Furnishings** | | | |
| **Location: 790 Standford Lane, Carol Stream IL 60188** | **735 ILCS 5/12-1001(b)** | **150.00** | **150.00** |
| **Wearing Apparel** | | | |
| **Location: 790 Standford Lane, Carol Stream IL 60188** | **735 ILCS 5/12-1001(a)** | **130.00** | **130.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401 K** | **735 ILCS 5/12-1006** | **3,700.00** | **3,700.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2001 Honda Civic** | **735 ILCS 5/12-1001(c)** | **4,100.00** | **4,100.00** |
| **Location: 790 Standford Lane, Carol Stream IL 60188** | | | |

|  |  | Total: | **8,180.00** | **8,180.00** |
|---|---|---|---|---|

 **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Moin Siddiqui,**                                                Case No. _____
        **Anjum Siddiqui**
                                                                 ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx1047** <br><br> **Beneficial/hfc** <br> **Po Box 3425** <br> **Buffalo, NY 14240** | | J | Opened 11/01/06  Last Active  1/28/08 <br><br> Location: 790 Standford Lane, Carol Stream IL 60188 <br><br> Value $                    **164,000.00** | | | | 26,015.00 | 26,015.00 |
| Account No. **xxxx1721** <br><br> **Chase** <br> **Po Box 24696** <br> **Columbus, OH 43224** | | J | Opened  7/13/05  Last Active  1/18/06 <br><br> Real Estate Mortgage <br><br> Value $                    **Unknown** | | | | 219,532.00 | Unknown |
| Account No. **xxxx1713** <br><br> **Chase** <br> **P.O  BOX 24696** <br> **Columbus, OH 43224** | | J | 07/2005 <br><br> Mortgage <br><br> Location: 790 Standford Lane, Carol Stream IL 60188 <br><br> Value $                    **164,000.00** | | | | 219,532.00 | 55,532.00 |
| Account No. **xxxxxxxxxxxx1000** <br><br> **Santander Consumer Usa** <br> **8585 N Stemmons Fwy Ste 1100-N** <br> **Dallas, TX 75247** | | H | Opened  6/01/12  Last Active  3/30/13 <br><br> Hyundai Sonat 2011 <br> Location: 790 Standford Lane, Carol Stream IL 60188 <br><br> Value $                      **7,284.00** | | | | 15,652.00 | 8,368.00 |
| __1__   continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 480,731.00 | 89,915.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Moin Siddiqui,**
       **Anjum Siddiqui**
_____,
                                    Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxxxxxx4260** | | | | | **Opened 7/08/05 Last Active 5/31/13** | | | | | |
| **Us Bank** **Attention: Bankruptcy Dept.** **Po Box 5229** **Cincinnati, OH 45201** | | | | J | **Location: 790 Standford Lane, Carol Stream IL 60188** | | | | | |
| | | | | | Value $          **164,000.00** | | | | **46,381.00** | **46,381.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **46,381.00** | **46,381.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **527,112.00** | **136,296.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re   **Moin Siddiqui,**

  **Anjum Siddiqui**

Case No. _____

,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Moin Siddiqui,**
      **Anjum Siddiqui**                                                                                                   Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx xxxxx xhird <br><br> **Allied Interstate** <br> **P.O Box 4000** <br> **Warrenton, VA 20188** | | J | 06/06/2012 <br> collection | | | | 1,023.53 |
| Account No. xxxxxxx0942 <br><br> **AAA Insurance** <br> **1 Auto Club Drive** <br> **Dearborn, MI 48126** | | J | 12/14/2010 | | | | 143.79 |
| Account No. xxxxxxxxxx0580 <br><br> **Academy Collection Service, Inc** <br> **10965 Deatur Road** <br> **Philadelphia, PA 19154** | | J | 10/06/2008 <br> Collection | | | | 481.35 |
| Account No. xx-xx-xxx-0329 <br><br> **Account Services** <br> **1802 N.E Loop 410 Suite 400** <br> **San Antonio, TX 78217** | | J | 07/17/2009 <br> for information purpose | | | | 0.00 |

  **49**  continuation sheets attached

                                       Subtotal       | 1,648.67 |
                             (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Moin Siddiqui,**
　　　**Anjum Siddiqui**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx1047** <br><br>**ACI** <br>**2420 Sweet HOme Rd ste 150** <br>**Buffalo, NY 14228** | | J | 05/07/2010 <br>**for information purpose** | | | | 0.00 |
| Account No. **4727** <br><br>**Advanced Endcrinology** <br>**800 E. Woodfield Road** <br>**Elk Grove Village, IL 60007** | | J | 06/05/2012 <br>**medical** | | | | 21.58 |
| Account No. **4727** <br><br>**Advanced Endrocrinology, LLC** <br>**800 E. Woodfield Road** <br>**Suite 113** <br>**Schaumburg, IL 60173** | | J | 08/31/2012 <br>**Medical** | | | | 321.27 |
| Account No. **xxxxx4053** <br><br>**Advanced Endrocrinology, LLC** <br>**800 E. Woodfield Road** <br>**Suite 113** <br>**Schaumburg, IL 60173** | | J | 03/27/2013 <br>**Medical** | | | | 72.20 |
| Account No. **xxx xxxxxxxx xxxxx xxxxam IL** <br><br>**Advanced Home Improvements, Inc** <br>**3210 Thornberry Drive** <br>**Glenview, IL 60025** | | J | 12/27/2012 | | | | 1,671.63 |

Sheet no. __1__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,086.68

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
      **Anjum Siddiqui,**

Case No. _____

_____,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxN001**<br><br>Aetna Life Insurance Company<br>P.O Box 981106<br>El Paso, TX 79998 | | J | 06/13/2010<br>medical | | | | 287.67 |
| Account No. **xxxxxxxx-xx dish**<br><br>Afni, Inc<br>1310 MLK Drive<br>P.O Box 3517<br>Bloomington, IL 61702 | | J | 02/08/2012<br>collection/for information purpose | | | | 0.00 |
| Account No. **xxxxxxxx3794**<br><br>Alexian Brothers<br>3040 Salt Creek Lane<br>Arlington Heights, IL 60005 | | J | 04/08/2012<br>medical | | | | 12.39 |
| Account No. **xxxxxxxxx/xxxxx3709**<br><br>Allied Interstate<br>3000 Corporate Exchange Dr.<br>5th Floor<br>Columbus, OH 43231 | | J | 10/20/2012 | | | | 1,961.83 |
| Account No. **xxx-xx5-573**<br><br>Allstate Insurance<br>P.O BOX 12055<br>1819 Electric Road S.W<br>Roanoke, VA 24018 | | J | 2012 | | | | 23.00 |

Sheet no. __2__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,284.89

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moin Siddiqui,**
     **Anjum Siddiqui**
                                     ,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx-xx1-914** | | | J | | **2012** | | | | |
| **Allstate Insurance** **P.O BOX 12055** **1819 Electric Road S.W** **Roanoke, VA 24018** | | | | | | | | | **422.41** |
| Account No. **xxxx-xxxx-xxxx-4144** | | | J | | **05/27/2008** **credit card** | | | | |
| **ARM** **P.O Box 129** **Thorofare, NJ 08086** | | | | | | | | | **561.92** |
| Account No. **xxxx xx xx0764** | | | J | | **2012** | | | | |
| **Arnold Scott Harris P.C** **Attorneys at Law** **111 West Jackson Boulevard, Ste 600** **Chicago, IL 60604** | | | | | | | | | **338.00** |
| Account No. **xxxxxxxxxxx5145** | | | J | | **06/19/2009** **collection** | | | | |
| **ARS National Services Inc** **P.O Box 463023** **Escondido, CA 92046** | | | | | | | | | **1,228.06** |
| Account No. **xxxxxx4537** | | | J | | **04/21/2013** | | | | |
| **Aspire Resources Inc** **P.O Box 530308** **Atlanta, GA 30353** | | | | | | | | | **156.44** |

Sheet no. __**3**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,706.83**

B6F (Official Form 6F) (12/07) - Cont.

In re **Moin Siddiqui,**
    **Anjum Siddiqui**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx5APC** <br><br>**Associated Pathology Consultants**<br>**P.O Box 3680**<br>**Peoria, IL 61612** | | J | 06/18/2007 | | | | 301.00 |
| Account No. **xxxxxxxx4469** <br><br>**Atena**<br>**Atena Customer Resolution Team**<br>**P. O Box 14463**<br>**Lexington, KY 40512** | | J | 08/12/2010<br>**for information purpose** | | | | 0.00 |
| Account No. **xxx7408** <br><br>**Atg Credit**<br>**1700 W Cortland St Ste 2**<br>**Chicago, IL 60622** | | W | **Opened  3/01/12**<br>**Collection Attorney Winfield Radiology Consultants** | | | | 40.00 |
| Account No. **xx2299** <br><br>**Atg Credit**<br>**1700 W Cortland St Ste 2**<br>**Chicago, IL 60622** | | H | **Opened  8/01/11**<br>**Collection Attorney Winfield Radiology Consultants** | | | | 7.00 |
| Account No. **xx5056** <br><br>**ATG Credti LLC**<br>**p.o bOX 14895**<br>**Chicago, IL 60614** | | J | **2012**<br>**Medical** | | | | 40.23 |

Sheet no. __4___ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

388.23

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
       **Anjum Siddiqui**
_____,
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx3508** <br><br> **Balanced Health Care Receivables** <br> **141 Burke Street** <br> **Nashua, NH 03060** | | | J | | 04/20/2012 <br> medical | | | | 142.92 |
| Account No. **xxx9919** <br><br> **Balanced Health Care Receivables** <br> **141 Burke Street** <br> **Nashua, NH 03060** | | | J | | 11/26/2012 <br> medical | | | | 8.56 |
| Account No. **xxxxxxx-xx-xxx884-4** <br><br> **Beneficial** <br> **520 West Lake Street, Suite #6** <br> **Addison, IL 60101** | | | J | | 2008 <br> Credit Card | | | | 25,569.63 |
| Account No. **xxx7286** <br><br> **Blatt, Hesenmiller, Leibsker** <br> **125 South Wacker Dr. 400** <br> **Chicago, IL 60606** | | | J | | 07/01/2010 | | | | 3,663.43 |
| Account No. **xx xx 6599** <br><br> **Blitt & Gaines , P. C** <br> **661 Glenn Avenue** <br> **Wheeling, IL 60090** | | | J | | 2009 <br> For information purpose | | | | 4,679.38 |

Sheet no. __5___ of __49___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,063.92

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
    **Anjum Siddiqui**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx xx 3274**<br><br>**Blitt & Gaines P.C**<br>**661 W. Glenn Avenue**<br>**Wheeling, IL 60090** | | J | **2010**<br>**for information purpose** | | | | 0.00 |
| Account No. **xx-xx273-1**<br><br>**Blitt & Gaines P.C**<br>**661 W. GlennAvenue**<br>**Wheeling, IL 60090** | | J | **2010**<br>**for information purpose** | | | | 0.00 |
| Account No. **xx xx 2808**<br><br>**Blitt and Gaines P.C**<br>**661 W. Glen Avenue**<br>**Wheeling, IL 60090** | | J | **2011**<br>**Judgment** | | | | 8,391.48 |
| Account No. **xx-xx430-0**<br><br>**Blitt and Gaines P.C**<br>**661 W. Glenn Avenue**<br>**Wheeling, IL 60090** | | J | **04/28/2009** | | | | 4,501.84 |
| Account No. **xx-xxxxx-x WAMU**<br><br>**Blitt and Gaines P.C**<br>**661 W. Glenn Avenue**<br>**Wheeling, IL 60090** | | J | **2009**<br>**collection , for information purpose** | | | | 0.00 |

Sheet no. __6__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,893.32

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moin Siddiqui,**                                                          Case No. _____
     **Anjum Siddiqui**
_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-x9177**<br><br>**Blitt and Gaines P.C**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | | J | 2010<br>collection | | | | 1,568.81 |
| Account No. **x7721**<br><br>**Bloomingdale Open MRI LLC**<br>**P.O Box 844**<br>**Wheaton, IL 60189** | | J | 04/20/2012<br>medical | | | | 425.00 |
| Account No. **xxx0875**<br><br>**Cadence Health**<br>**25 North Winfield Road**<br>**Winfield, IL 60190** | | J | 05/27/2013<br>medical | | | | 800.41 |
| Account No. **xxxxxxx8789**<br><br>**Cadence Health**<br>**25960 Network Place**<br>**Chicago, IL 60673** | | J | 01/20/2013<br>medical | | | | 193.89 |
| Account No. **xxx0479**<br><br>**Cadence Health**<br>**25 North Winfield Road**<br>**Winfield, IL 60190** | | J | 07/31/2012<br>medical | | | | 424.75 |

Husband, Wife, Joint, or Community

Sheet no. __7__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
           (Total of this page)    **3,412.86**

B6F (Official Form 6F) (12/07) - Cont.

In re **Moin Siddiqui,**
    **Anjum Siddiqui**
_____,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3332** <br><br> **Cadence Health** <br> **25 North Winfield Road** <br> **Winfield, IL 60190** | | J | 02/15/2013 <br> medical | | | | 1,716.87 |
| Account No. **xxx2768** <br><br> **Cadence Health** <br> **25 North Winfield Road** <br> **Winfield, IL 60190** | | J | 08/27/2012 <br> medical | | | | 969.25 |
| Account No. **xxxxxxx8451** <br><br> **Cadence Health** <br> **25 North Winfield Road** <br> **Winfield, IL 60190** | | J | 04/24/2012 <br> medical | | | | 150.81 |
| Account No. **xxxxxxx0180** <br><br> **Cadence Health** <br> **25 North Winfield Road** <br> **Winfield, IL 60190** | | J | 05/24/2012 <br> medical | | | | 969.25 |
| Account No. **xxxxxxx0985** <br><br> **Cadence Health** <br> **25 North Winfield Road** <br> **Winfield, IL 60190** | | J | 07/28/2012 <br> medical | | | | 424.75 |

Sheet no. __**8**___ of __**49**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,230.93

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
       **Anjum Siddiqui**                                                              Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8186**<br><br>**Cameo Dentistry**<br>**70 Strattford Dirve**<br>**Bloomingdale, IL 60108** | | J | 01/29/2009<br>medical | | | | 450.00 |
| Account No. **xxxxxxxxxxxxxxxx xxxxxxxx Cred**<br><br>**Capital Management Services LP**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | | J | 01/09/2010<br>Collection | | | | 2,456.58 |
| Account No. **xxxxxxxxxxxx1216**<br><br>**Capital Management Services LP**<br>**726 Exchange Ste 700**<br>**Buffalo, NY 14210** | | J | 01/30/2011<br>for information purpose | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-7209**<br><br>**Capital One**<br>**P.O Box 5294**<br>**Carol Stream, IL 60197** | | J | 01/18/2008<br>Credit Card | | | | 3,414.01 |
| Account No. **x4694**<br><br>**Cardiovascular Associates**<br>**Dept 20 1027**<br>**P.O. Box 5940**<br>**Carol Stream, IL 60197** | | J | 03/02/2012<br>medical | | | | 88.86 |

Sheet no. __9__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,409.45

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moin Siddiqui,**
     **Anjum Siddiqui**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x4694** <br><br> **Cardiovascular Associates** <br> **Dept 20 1027** <br> **P.O Box 5940** <br> **Carol Stream, IL 60197** | | J | 04/02/2012 <br> medical | | | | 88.86 |
| Account No. **xxxxxxxxxxxxxxxx DISH** <br><br> **CBE Group** <br> **1309 Technology Parkway** <br> **Cedar Falls, IA 50613** | | J | 03/20/2011 | | | | 743.92 |
| Account No. **xxxxxxxxxxxx4051** <br><br> **CBE Group Inc** <br> **131 Tower Park Dr. Ste 100** <br> **Waterloo, IA 50701** | | J | 06/29/2008 | | | | 321.96 |
| Account No. **xxxxxxxx3494** <br><br> **Cda/pontiac** <br> **Attn:Bankruptcy** <br> **Po Box 213** <br> **Streator, IL 61364** | | W | Opened 11/01/12 <br> Collection Attorney Radiological Consultants Of Wo | | | | 142.00 |
| Account No. **xxxxxx6001** <br><br> **Central Dupage Hospital** <br> **25 N. Winfield Road** <br> **Winfield, IL 60190** | | J | 01/28/2011 | | | | 685.80 |

Sheet no. __**10**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,982.54 |
|---|

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
    **Anjum Siddiqui**
,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx9331** <br><br> **Central Dupage Hospital** <br> **P.O Box 739** <br> **Moline, IL 61265** | | J | 06/12/2012 <br> medical | | | | 140.80 |
| Account No. **xxx9831** <br><br> **Central Dupage Hospital** <br> **P.O Box 4090** <br> **Carol Stream, IL 60197** | | J | 09/13/2010 <br> medical | | | | 195.26 |
| Account No. **xxxxxx2001** <br><br> **Central Dupage Hospital** <br> **P.O Box 4090** <br> **Carol Stream, IL 60197** | | J | 07/13/2010 <br> medical | | | | 890.78 |
| Account No. **xxx2768** <br><br> **Central Dupage Hospital** <br> **25 N. Winfield Road** <br> **Winfield, IL 60190** | | J | 09/25/2012 <br> medical | | | | 969.25 |
| Account No. **xxx1963** <br><br> **Central Dupage Hospital** <br> **25 N. Winfield Road** <br> **Winfield, IL 60190** | | J | 01/18/2011 | | | | 62.89 |

Sheet no. __11__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,258.98

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
       **Anjum Siddiqui**
_____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8076**<br><br>**Central Dupage Hospital**<br>**25 N. Winfield Road**<br>**Winfield, IL 60190** | | J | 04/24/2012<br>medical | | | | 150.81 |
| Account No. **xxx2600**<br><br>**Central Dupage Hospital**<br>**25 N. Winfield Road**<br>**Winfield, IL 60190** | | J | 08/23/2011<br>medical | | | | 44.36 |
| Account No. **xxx6314**<br><br>**Central Dupage Hospital**<br>**25 N. Winfield Road**<br>**Winfield, IL 60190** | | J | 11/16/2011<br>medical | | | | 990.07 |
| Account No. **xxxxxxxx0985**<br><br>**Central Dupage Hospital**<br>**25 N. Winfield Road**<br>**Winfield, IL 60190** | | J | 07/28/2012<br>medical | | | | 424.75 |
| Account No. **xxx3332**<br><br>**Central Dupage Hospital**<br>**25 N. Winfield Road**<br>**Winfield, IL 60190** | | J | 10/21/2012<br>medical | | | | 1,635.60 |

Sheet no. __12__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,245.59

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moin Siddiqui,**
     **Anjum Siddiqui**

Case No. _____

                                              ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx3318**<br><br>**Central Dupage Hospital**<br>**25 N. Winfield Road**<br>**Winfield, IL 60190** | | | J | 06/12/2012<br>medical | | | | 140.80 |
| Account No. **xxx2727**<br><br>**Central Dupage Hospital**<br>**25 N. Winfield Road**<br>**Winfield, IL 60190** | | | J | 04/24/2012<br>medical | | | | 596.93 |
| Account No. **xxx3472**<br><br>**Central Dupage Hospital**<br>**P.O Box 4090**<br>**Carol Stream, IL 60197** | | | J | 05/08/2012<br>medical | | | | 554.35 |
| Account No. **xxxx0304**<br><br>**Central Dupage Hospital**<br>**P.O Box 4090**<br>**Carol Stream, IL 60197** | | | J | 11/12/2012<br>medical | | | | 649.60 |
| Account No. **xxx1665**<br><br>**Central Dupage Hospital**<br>**25 N. Winfield Road**<br>**Winfield, IL 60190** | | | J | 09/22/2011<br>medical | | | | 202.58 |

Sheet no. \_\_**13**\_\_ of \_\_**49**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,144.26

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
    **Anjum Siddiqui**

Case No. _____

_____,
                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx0875** <br><br> **Central Dupage Hospital** <br> **P.O Box 739** <br> **Moline, IL 61265** | | | J | | 11/07/2012 <br> medical | | | | 68.75 |
| Account No. **xxxxxx6001** <br><br> **Central Dupage Hospital** <br> **25 N. Winfield Road** <br> **Winfield, IL 60190** | | | J | | 01/28/2011 | | | | 685.80 |
| Account No. **xxxxxx5001** <br><br> **Central Dupage Hospital** <br> **25 N. Winfield Road** <br> **Winfield, IL 60190** | | | J | | 03/25/2011 <br> medical | | | | 420.21 |
| Account No. **xxxxxxx4808** <br><br> **Central Dupage Hospital** <br> **25 N. Winfield Road** <br> **Winfield, IL 60190** | | | J | | 03/05/2012 <br> medical | | | | 649.60 |
| Account No. **xxx1665** <br><br> **Central Dupage Hospital** <br> **P.O Box 739** <br> **Moline, IL 61265** | | | J | | 08/03/2011 <br> medical | | | | 40.52 |

Sheet no. __14__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,864.88**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moin Siddiqui,**
    **Anjum Siddiqui**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0001**<br><br>**Central Dupage Hospital**<br>**25 N. Winfield Road**<br>**Winfield, IL 60190** | | J | 05/14/2011 | | | | 221.82 |
| Account No. **xxxxxx3001**<br><br>**Central Dupage Hospital**<br>**25 N. Winfield Road**<br>**Winfield, IL 60190** | | J | 10/14/2011<br>medical | | | | 388.13 |
| Account No. **xx417A**<br><br>**Certified Services Inc**<br>**Po Box 177**<br>**Waukegan, IL 60079** | | H | Opened  5/01/10<br>Collection Attorney Mercado Foot   Ankle Center | | | | 106.00 |
| Account No. **xxxxxxxxxxxx1461**<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | H | Opened  9/01/07  Last Active 1/04/08<br>Credit Card | | | | 3,533.00 |
| Account No. **xxxxxxxxxxxx5589**<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | H | Opened  5/01/06  Last Active 1/13/08<br>Credit Card | | | | 3,497.00 |

Sheet no. __15__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 7,745.95

B6F (Official Form 6F) (12/07) - Cont.

In re **Moin Siddiqui,**                                                    Case No. _____
          **Anjum Siddiqui**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxi713** <br><br> **Chase** <br> **P.O Box 47607** <br> **Atlanta, GA 30362** | | J | 10/18/2012 | | | | **5,901.26** |
| Account No. **xxxxxxxx8620** <br><br> **Chicago Tribune** <br> **435 N. Michigan Ave** <br> **Chicago, IL 60611** | | J | 08/14/2011 <br> collection | | | | **13.00** |
| Account No. **xxxxxx7245** <br><br> **Chrysler Credit/TD Auto Finance** <br> **Attn: Bankruptcy Dept** <br> **Po Box 551080** <br> **Jacksonville, FL 32255** | | J | Opened 10/01/01  Last Active  6/02/08 <br> Automobile | | | | **Unknown** |
| Account No. **xxxx xx xx2782** <br><br> **Codilis & Associates P.C 1** <br> **15W030 North Frontage Road, Ste 100** <br> **Willowbrook, IL 60527** | | J | 2012 <br> For information purpose | | | | **0.00** |
| Account No. **xxxxxxx7340** <br><br> **Computer Credit , Inc** <br> **640 West Fourth Street,** <br> **P.O Box 5238** <br> **Winston Salem, NC 27113** | | J | 02/08/2012 <br> collection | | | | **444.72** |

Sheet no. __**16**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,358.98**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moin Siddiqui,**
        **Anjum Siddiqui**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6546** <br><br> **Credit Adjustments Inc** <br> **330 Flroence St** <br> **Defiance, OH 43512** | | J | 09/18/2005 <br> **collection/for information purpose** | | | | 0.00 |
| Account No. **xxxxxxx2207** <br><br> **Credit Collection Services** <br> **Two Wells Avenue Dept 9135** <br> **Newton Center, MA 02459** | | J | 08/01/2007 <br> **Credit Card** | | | | 422.41 |
| Account No. **xxxxxxx9318** <br><br> **Credit Collection Services** <br> **Two Wells Avenue** <br> **Dept 9134** <br> **Newton Center, MA 02459** | | J | 10/04/2008 | | | | 810.08 |
| Account No. **xxxxxx-xx8073** <br><br> **Creditors Discount & Audit Co** <br> **415 E. Main St** <br> **P.O Box 213** <br> **Streator, IL 61364** | | J | 04/24/2013 <br> **medical** | | | | 142.05 |
| Account No. **xxxxxxx9 JC1** <br><br> **Creditors Interchange** <br> **P.O Box 1335** <br> **Buffalo, NY 14240** | | J | 06/19/2008 <br> **for information purpose** | | | | 0.00 |

Sheet no. __**17**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,374.54**

B6F (Official Form 6F) (12/07) - Cont.

In re **Moin Siddiqui,**
        **Anjum Siddiqui**

Case No. _____

_____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxxx6006** <br><br> **CVS caremark** <br> **P.O Box 659539** <br> **San Antonio, TX 78265** | | | J | | 08/11/2010 <br> medical | | | | 60.00 |
| Account No. **xxxxx.0001** <br><br> **Denson Shops Inc** <br> **509 s.Carlton** <br> **P.O Box 703** <br> **Wheaton, IL 60187** | | | J | | 02/23/2010 <br> medical | | | | 79.37 |
| Account No. **xx2918** <br><br> **Dental works** <br> **366 West Army Trail Road** <br> **Bloomingdale, IL 60108** | | | J | | 05/22/2011 <br> medical/dental | | | | 763.40 |
| Account No. **xx2918** <br><br> **Dental Works Bloomingdale** <br> **366 West Army Trail Road** <br> **Bloomingdale, IL 60108** | | | J | | 04/29/2011 <br> medical | | | | 763.40 |
| Account No. **xxxxx-xx6347** <br><br> **Dependon Colelction Service Inc** <br> **P.O Box 4983** <br> **Hinsdale, IL 60522** | | | J | | 02/25/2013 <br> medical | | | | 59.01 |

Sheet no. __18__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,725.18

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moin Siddiqui,**
    **Anjum Siddiqui**

Case No. _____

                                           ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx-xx5732**<br><br>**Dependon Colelction Service Inc**<br>P.O Box 4833<br>Oak Brook, IL 60522 | | J | | 07/11/2011<br>medical | | | | 84.46 |
| Account No. **xxxxxxxxxxxx4051**<br><br>**Dish Network**<br>Dept 0063<br>Palatine, IL 60055 | | J | | 2008 | | | | 451.40 |
| Account No. **xx0631**<br><br>**Drs Girgis and Associates**<br>908 N. Elm Street Ste 306<br>Hinsdale, IL 60521 | | J | | 2011<br>medical | | | | 53.80 |
| Account No. **xx0597**<br><br>**Drs Grigis and Associates**<br>908 N. Elm Street Ste 306<br>Hinsdale, IL 60521 | | J | | 05/18/2011<br>medical | | | | 114.19 |
| Account No. **xx9338**<br><br>**Dupage Medical Group**<br>1100 West 31st Street<br>Suite 400<br>Plano, IL 60545 | | J | | 08/07/2010 | | | | 134.89 |

Sheet no. **19** of **49** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

838.74

B6F (Official Form 6F) (12/07) - Cont.

In re **Moin Siddiqui,**
         **Anjum Siddiqui**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7079**<br><br>**Dupage Medical Group**<br>**1100 West 31st Street Ste 400**<br>**Plano, IL 60545** | | J | 07/20/2010<br>medical | | | | 22.56 |
| Account No. **xx-xxxxx1459**<br><br>**Dupage Medical Group**<br>**1100 West 31st Street**<br>**Suite 400**<br>**Plano, IL 60545** | | J | 05/23/2011<br>medical | | | | 300.98 |
| Account No. **xxxxx4537**<br><br>**Dupage Medical Group**<br>**1100 West 31st Street**<br>**Suite 400**<br>**Plano, IL 60545** | | J | 04/30/2011 | | | | 22.21 |
| Account No. **xxxx*xx5010**<br><br>**Elk Grove Lab Physicians Pc**<br>**Dept 77-9154**<br>**Chicago, IL 60678** | | J | 02/13/2012<br>medical | | | | 25.14 |
| Account No. **xxxxxx941.1**<br><br>**Elk Grove Lab Physicians Pc**<br>**Dept 77-9154**<br>**Chicago, IL 60678** | | J | 02/13/2012<br>medical | | | | 67.78 |

Sheet no. __20__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

438.67

B6F (Official Form 6F) (12/07) - Cont.

In re __Moin Siddiqui,__                                   Case No. _____
      __Anjum Siddiqui__

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx1720**<br><br>Elk Grove Radilogy S.C<br>P.O Box 4543<br>Carol Stream, IL 60197 | | J | 02/13/2012<br>medical | | | | 85.60 |
| Account No. **xxx7280**<br><br>Evergreen Professional Recov.<br>12100 NE 195th Street<br># 325<br>Bothell, WA 98011 | | J | 03/06/2009 | | | | 481.35 |
| Account No. **xxxxxx87-l1**<br><br>Financial Corporation Of America<br>12515 Research Blv<br>Building 2 Suite 100<br>Austin, TX 78759 | | J | 10/22/2011<br>medical | | | | 51.86 |
| Account No. **xxxx0986**<br><br>First Federal Credit C<br>24700 Chagrin Blvd Ste 2<br>Cleveland, OH 44122 | | H | Opened 11/01/11<br>Collection Attorney Care<br>Partner-60-Bloomingdale | | | | 747.00 |
| Account No. **xxxxxxx7182**<br><br>First National Collection Bureau In<br>610 Waltham Way<br>Sparks, NV 89434 | | J | 10/19/2009<br>Collection | | | | 3,390.82 |

Sheet no. __21__ of __49__ sheets attached to Schedule of               Subtotal             | 4,756.63
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
       **Anjum Siddiqui**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxx3187**<br><br>**FirstSource Advantage, LLC**<br>**205 Bryant Woods South,**<br>**Buffalo, NY 14228** | J | | | | 05/14/2010<br>collection | | | | 3,387.48 |
| Account No. **xxx-xxx-xxx2 281**<br><br>**Franklin Collection Service, Inc**<br>**P.O Box 3910**<br>**Tupelo, MS 38803** | J | | | | 07/25/2011 | | | | 329.55 |
| Account No. **xxxxxxx5834**<br><br>**Freedman Anselmo Lindberg LLC**<br>**P.O Box3228**<br>**Naperville, IL 60566** | J | | | | 2010<br>for information purpose | | | | 0.00 |
| Account No. **xxxxxxxxxxx4051**<br><br>**GC Services**<br>**P.O Box 79**<br>**Elgin, IL 60121** | J | | | | 12/18/2008<br>collection | | | | 321.96 |
| Account No. **xx xxxx1255**<br><br>**Geico General Insurance Company**<br>**P.O Box 55126**<br>**Boston, MA 02205** | J | | | | 04/18/2012<br>collection | | | | 272.40 |

Sheet no. __**22**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,311.39

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moin Siddiqui,**                                                                  Case No. _____
         **Anjum Siddiqui**
_____,
                                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxA002**<br><br>**Glendale Heights Healthcare**<br>**113 West Lake Street**<br>**Bloomingdale, IL 60108** | | J | 04/19/2011<br>medical | | | | 19.69 |
| Account No. **xxxx-xxxx-xxxx-7209**<br><br>**Global Credit Collection Corp**<br>**300 International Drive PMB 10015**<br>**Buffalo, NY 14221** | | J | 01/13/2009<br>Credit Card | | | | 4,253.58 |
| Account No. **xx4053**<br><br>**Gloria J. Caruso MD. PC**<br>**473 W. Army Trail #105**<br>**Bloomingdale, IL 60108** | | J | 03/30/2012<br>medical | | | | 60.00 |
| Account No. **xxxxx2839**<br><br>**Harris & Harris, Ltd**<br>**Harris & Harris, Ltd.**<br>**111 W Jackson Blvd 400**<br>**Chicago, IL 60604** | | W | Opened  9/01/12<br>Collection Attorney Med1 02 Central Dupage<br>Emerg Phys | | | | 86.00 |
| Account No. **xxxx4664**<br><br>**Harvard Collection**<br>**Harvard Collection Services**<br>**4839 N Elston Avenue**<br>**Chicago, IL 60630** | | W | Opened  3/01/12<br>Collection Attorney Elk Grove Lab Physicians<br>P.C | | | | 68.00 |

Sheet no. __23__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,487.27

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　**Anjum Siddiqui**
　　　　_____,
　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4653** <br><br>**Harvard Collection Harvard Collection Services 4839 N Elston Avenue Chicago, IL 60630** | | W | 10/24/2011 **Collection Attorney Elk Grove Lab Physicians P.C** | | | | 25.14 |
| Account No. **xxx941.1** <br><br>**Harvard Collection Services, Inc 4839 N. Elston Avenue Chicago, IL 60630** | | J | 03/26/2012 **medical** | | | | 67.78 |
| Account No. **xxxx-xxxx-xxxx-1940** <br><br>**Haster Law Office P.A 6640 Shady Oak Road Ste 340 Eden Prairie, MN 55344** | | J | 04/21/2009 | | | | 4,407.63 |
| Account No. **xxxxxxxx-xxxx6586** <br><br>**Health Care Recovery Solutions 1515 190th Street Ste 350 Gardena, CA 90248** | | J | 05/29/2013 **Medical** | | | | 2,516.99 |
| Account No. **xxx5638** <br><br>**Health Care Recovery Solutions 1515 190th Street Ste 350 Gardena, CA 90248** | | J | 08/23/2010 **medical** | | | | 682.81 |

Sheet no. __24__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,700.35

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
       **Anjum Siddiqui**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5496**<br><br>**Health Lab**<br>**25 North Winfield Road**<br>**Winfield, IL 60190** | | J | 10/26/2012<br>medical | | | | 155.25 |
| Account No. **xxx5496**<br><br>**Health Lab**<br>**25 North Winfield Road**<br>**Winfield, IL 60190** | | J | 11/23/2012<br>medical | | | | 155.25 |
| Account No. **xxxxx6586**<br><br>**Health Recovery Solutions**<br>**1515 190th Street, Suite 350**<br>**Gardena, CA 90248** | | J | 04/29/2013<br>medical | | | | 2,481.92 |
| Account No. **xxxxxx2001**<br><br>**Health Recovery Solutions**<br>**1515 190th Street, Suite 350**<br>**Gardena, CA 90248** | | J | 07/13/2010 | | | | 178.17 |
| Account No. **xxxxxx5001**<br><br>**Health Recovery Solutions**<br>**1515 190th Street, Suite 350**<br>**Gardena, CA 90248** | | J | 02/01/2012<br>medical | | | | 460.73 |

Sheet no. __**25**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,431.32

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moin Siddiqui,**
    **Anjum Siddiqui**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5782**<br><br>Healthcare Recovery So<br>1515 W 190th Street S-35<br>Gardena, CA 90248 | | W | Opened 3/01/12<br>Collection Attorney Central Dupage Hospital | | | | 990.00 |
| Account No. **xxxx0304**<br><br>Healthcare Recovery So<br>1515 W 190th Street S-35<br>Gardena, CA 90248 | | H | Opened 10/01/12<br>Collection Attorney Central Dupage Hospital | | | | 650.00 |
| Account No. **xxxx0529**<br><br>Healthcare Recovery So<br>1515 W 190th Street S-35<br>Gardena, CA 90248 | | W | Opened 12/01/12<br>Collection Attorney Central Dupage Hospital | | | | 425.00 |
| Account No. **xxx9557**<br><br>Healthcare Recovery So<br>1515 W 190th Street S-35<br>Gardena, CA 90248 | | H | Opened 9/01/11<br>Collection Attorney Central Dupage Hospital | | | | 420.00 |
| Account No. **xxxx4269**<br><br>Healthcare Recovery So<br>1515 W 190th Street S-35<br>Gardena, CA 90248 | | W | Opened 4/01/12<br>Collection Attorney Central Dupage Hospital | | | | 388.00 |

Sheet no. __26__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,873.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Moin Siddiqui,**
　　　**Anjum Siddiqui**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx9875**  Healthcare Recovery So 1515 W 190th Street S-35 Gardena, CA 90248 | | | W | | Opened  2/01/13 Collection Attorney Central Dupage Hospital | | | | 337.00 |
| Account No. **xxxx0664**  Healthcare Recovery So 1515 W 190th Street S-35 Gardena, CA 90248 | | | W | | Opened  1/01/13 Collection Attorney Central Dupage Hospital | | | | 155.00 |
| Account No. **xxxx8076**  Healthcare Recovery So 1515 W 190th Street S-35 Gardena, CA 90248 | | H | | | Opened 10/01/12 Collection Attorney Central Dupage Hospital | | | | 151.00 |
| Account No. **xxxx8361**  Healthcare Recovery So 1515 W 190th Street S-35 Gardena, CA 90248 | | | W | | Opened  8/01/12 Collection Attorney Central Dupage Hospital | | | | 141.00 |
| Account No. **xxxx8020**  Healthcare Recovery So 1515 W 190th Street S-35 Gardena, CA 90248 | | | W | | Opened 10/01/12 Collection Attorney Central Dupage Hospital | | | | 96.00 |

Sheet no. __27__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

880.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moin Siddiqui,**
      **Anjum Siddiqui**

Case No. _____

_____,
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8411**<br><br>Healthcare Recovery So<br>1515 W 190th Street S-35<br>Gardena, CA 90248 | | W | Opened  5/01/12<br>Collection Attorney Central Dupage Hospital | | | | 90.00 |
| Account No. **xxxx9983**<br><br>Healthcare Recovery So<br>1515 W 190th Street S-35<br>Gardena, CA 90248 | | W | Opened 10/01/12<br>Collection Attorney Central Dupage Hospital | | | | 52.00 |
| Account No. **xxx9465**<br><br>Healthcare Recovery So<br>1515 W 190th Street S-35<br>Gardena, CA 90248 | | H | Opened 12/01/11<br>Collection Attorney Central Dupage Hospital | | | | 41.00 |
| Account No. **xxxx1095**<br><br>Healthcare Recovery So<br>1515 W 190th Street S-35<br>Gardena, CA 90248 | | W | Opened 10/01/12<br>Collection Attorney Central Dupage Hospital | | | | 35.00 |
| Account No. **xxxxxx5001**<br><br>Healthcare Recovery So<br>1515 W 190th Street S-35<br>Gardena, CA 90248 | | W | 09/19/2011<br>medical | | | | 420.21 |

Sheet no. __28__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

638.21

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moin Siddiqui,**
    **Anjum Siddiqui**

Case No. _____

                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3001**<br><br>**Healthcare Recovery So**<br>**1515 W 190th Street S-35**<br>**Gardena, CA 90248** | | H | 07/29/2011<br>medical | | | | 940.96 |
| Account No. **xxxx7230**<br><br>**Healthcare Recovery So**<br>**1515 W 190th Street S-35**<br>**Gardena, CA 90248** | | W | 11/14/2011<br>medical | | | | 231.12 |
| Account No. **xxxxxx1001**<br><br>**Healthcare Recovery So**<br>**1515 W 190th Street S-35**<br>**Gardena, CA 90248** | | H | 09/13/2010<br>**Collection Attorney Central Dupage Hospital** | | | | 1,056.24 |
| Account No. **xxxxxxxxxxx1216**<br><br>**Hsbc/bsbuy**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | J | Opened 9/01/05 Last Active 7/28/08<br>**Charge Account** | | | | 2,456.58 |
| Account No. **xxxxxxxxxxx1940**<br><br>**HSBC/Menards**<br>**Attn: Bankruptcy**<br>**Pob 5263**<br>**Carol Stream, IL 60197** | | J | Opened 5/01/04 Last Active 2/27/08<br>**Credit Card** | | | | Unknown |

Sheet no. __29__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,684.90

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Moin Siddiqui,**
    **Anjum Siddiqui**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx0507 <br><br>**HSBC/Menards**<br>**Attn: Bankruptcy**<br>**Pob 5263**<br>**Carol Stream, IL 60197** | | H | | **Opened 5/01/04 Last Active 1/29/09**<br>**Credit Card** | | | | **Unknown** |
| Account No. xxxxxxxx-xxx-xx9-PE3 <br><br>**I.C. System Inc**<br>**444 Highway 96 East**<br>**P.O Box 64887**<br>**Saint Paul, MN 55164** | | J | | 10/20/2007<br>**Collection/for information purpose** | | | | 0.00 |
| Account No. xxxx3414 <br><br>**JCC and Associates Inc**<br>**P.O Box 519**<br>**Sauk Rapids, MN 56379** | | J | | 02/09/2011<br>**for information purpose** | | | | 0.00 |
| Account No. x8680 <br><br>**Laura M. Cozzi M.D P.C**<br>**675 W. North Avenue Ste 301**<br>**Melrose Park, IL 60160** | | J | | 04/24/2012<br>**medical** | | | | 126.50 |
| Account No. xxxxxxxx-xx xxxx/xxxxxxxx Cred <br><br>**Law Offices of Mitchell N. Kay ,P.C**<br>**P.O Box 2374**<br>**Chicago, IL 60690** | | J | | 02/11/2010<br>**for information purpose** | | | | 0.00 |

Sheet no. __30__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**126.50**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
       **Anjum Siddiqui**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx WAMU**  <br><br>**Leading Edge Recovery Solutions**<br>**5440 N. Cumberland Avenue Ste 300**<br>**Chicago, IL 60656** | | J | 02/15/2010<br>for information purpose | | | | 0.00 |
| Account No. **xx xxxx6558**  <br><br>**Lurie Childrens Medical**<br>**P.O Box 4254**<br>**Carol Stream, IL 60197** | | J | 11/08/2012<br>medical | | | | 49.00 |
| Account No. **xxxxxxxxxxxx7209**  <br><br>**Lvnv Funding Llc**<br>**Po Box 10497**<br>**Greenville, SC 29603** | | W | Opened  3/01/08  Last Active  2/13/12<br>Factoring Company Account Capital One Bank<br>Usa   N.A. | | | | 3,216.00 |
| Account No. **xxxxxxxxxxx5145**  <br><br>**Lvnv Funding Llc**<br>**Po Box 10497**<br>**Greenville, SC 29603** | | W | Opened 11/01/08<br>Factoring Company Account General Electric<br>Capital Corpo | | | | 2,108.00 |
| Account No. **xxxxxxx7340**  <br><br>**Malcolm S. Gerald and Associates**<br>**332 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | J | 04/16/2012<br>medical | | | | 447.72 |

Sheet no. __31__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,820.72

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
**Anjum Siddiqui**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx7003**<br><br>Malcolm S. Gerald and Associates<br>332 South Michigan Avenue<br>Suite 600<br>Chicago, IL 60604 | | J | 02/27/2012<br>medical | | | | 628.50 |
| Account No. **xxxxxx2342**<br><br>MCM<br>Dept 12421<br>P.O Box 603<br>Oaks, PA 19456 | | J | 02/26/2010 | | | | 650.81 |
| Account No. **xxxxxx2342**<br><br>MCM<br>Department 12421<br>P.O Box 603<br>Oaks, PA 19456 | | J | 08/13/2010<br>credit card | | | | 664.73 |
| Account No. **xxxxxx2079**<br><br>MCM<br>8875 Areo Drive<br>Suite 200<br>San Diego, CA 92123 | | J | 11/02/2012 | | | | 1,699.69 |
| Account No. **xxxx-xxxx-xxxx-1940**<br><br>Mercantile<br>P.O Box 9016<br>Buffalo, NY 14231 | | J | 08/08/2008<br>for information purpose | | | | 0.00 |

Sheet no. __32__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,643.73

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
       **Anjum Siddiqui**                                        Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0507** <br><br> **Mercantile** <br> **P.O Box 9016** <br> **Buffalo, NY 14231** | | J | 09/22/2010 | | | | 7,106.60 |
| Account No. **x5417** <br><br> **Mercato Foot and Ankle Center** <br> **501 ThornhillDrive Ste 100** <br> **Carol Stream, IL 60188** | | J | 11/08/2007 | | | | 40.00 |
| Account No. **xxxxxx4262** <br><br> **Merchants Cr** <br> **223 W. Jackson Blvd.** <br> **Suite 400** <br> **Chicago, IL 60606** | | H | Opened 8/01/11 <br> Collection Attorney Central Dupage Hospital | | | | 682.00 |
| Account No. **xxxxxx8859** <br><br> **Merchants Cr** <br> **223 W. Jackson Blvd.** <br> **Suite 400** <br> **Chicago, IL 60606** | | W | Opened 7/01/12 <br> Collection Attorney Central Dupage Hospital | | | | 537.00 |
| Account No. **xxxxxx4789** <br><br> **Merchants Cr** <br> **223 W. Jackson Blvd.** <br> **Suite 400** <br> **Chicago, IL 60606** | | H | Opened 7/01/12 <br> Collection Attorney Central Dupage Hospital | | | | 195.00 |

Sheet no. __33__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,560.60

B6F (Official Form 6F) (12/07) - Cont.

In re __Moin Siddiqui,__
        __Anjum Siddiqui__                                                    Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7152** <br><br> Merchants Cr <br> 223 W. Jackson Blvd. <br> Suite 400 <br> Chicago, IL 60606 | | H | **Opened  8/01/11** <br> **Collection Attorney Central Dupage Hospital** | | | | 178.00 |
| Account No. **xxxxxx4956** <br><br> Merchants Cr <br> 223 W. Jackson Blvd. <br> Suite 400 <br> Chicago, IL 60606 | | H | **Opened 10/01/10** <br> **Collection Attorney Dupage Medical Group** | | | | 114.00 |
| Account No. **xxxxxx0413** <br><br> Merchants Cr <br> 223 W. Jackson Blvd. <br> Suite 400 <br> Chicago, IL 60606 | | H | **Opened  6/01/10** <br> **Collection Attorney Dupage Medical Group** | | | | 100.00 |
| Account No. **xxxxxx1459** <br><br> Merchants Cr <br> 223 W. Jackson Blvd. <br> Suite 400 <br> Chicago, IL 60606 | | H | **Opened  4/01/11** <br> **Collection Attorney Dupage Medical Group** | | | | 65.00 |
| Account No. **xx-xxxxx3057** <br><br> Merchants Credit Guide co <br> 223 W. Jackson Blvd <br> Chicago, IL 60606 | | J | **04/23/2010** <br> **collection** | | | | 6,377.32 |

Sheet no. __34__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 6,834.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
       **Anjum Siddiqui**                                                        Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx-xxxxx0104** <br><br> **Merchants' Credit Guide Co.** <br> **223 W. Jackson Blvd, #400** <br> **Chicago, IL 60606** | J | | | 03/08/2010 collection | | | | 259.38 |
| Account No. **xx-xxxxx6338** <br><br> **Merchants' Credit Guide Co.** <br> **223 W. Jackson Blvd #400** <br> **Chicago, IL 60606** | J | | | 01/24/2011 collection | | | | 44.12 |
| Account No. **xx-xxxxx6339** <br><br> **Merchants' Credit Guide Co.** <br> **223 W. Jackson Blvd, #400** <br> **Chicago, IL 60606** | J | | | 01/24/2011 collection | | | | 235.63 |
| Account No. **xx-xxxxx0664** <br><br> **Merchants' Credit Guide Co.** <br> **223 W. Jackson Blvd #400** <br> **Chicago, IL 60606** | J | | | 09/06/2011 collection | | | | 323.19 |
| Account No. **xx-xxxxx1459** <br><br> **Merchants' Credit Guide Co.** <br> **223 W. Jackson Blvd #400** <br> **Chicago, IL 60606** | J | | | 07/07/2011 collection | | | | 323.19 |

Sheet no. __35__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    1,185.51

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**                                  Case No. _____
       **Anjum Siddiqui**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx-xxxxx7152**<br><br>**Merchants' Credit Guide Co.**<br>**223 W. Jackson Blvd #400**<br>**Chicago, IL 60606** | | J | | 06/14/2012<br>medical | | | | 178.17 |
| Account No. **xxxx-xxxx-xxxx-0507**<br><br>**Meserli & Kramer P.A**<br>**3033 Campus Dr # 250**<br>**Minneapolis, MN 55441** | | J | | 03/16/2009 | | | | 6,631.56 |
| Account No. **xx-xx987-0**<br><br>**Meserli & Kramer P.A**<br>**3033 Campus Dr # 250**<br>**Minneapolis, MN 55441** | | J | | 04/14/2009<br>collection | | | | 6,684.25 |
| Account No. **xxxxxx2079**<br><br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | | H | | Opened  8/01/10<br>Factoring Company Account Citibank | | | | 1,749.00 |
| Account No. **xxxxxx2342**<br><br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | | W | | Opened  9/01/09<br>Factoring Company Account Hsbc Bank<br>Nevada N.A. | | | | 752.00 |

Sheet no. __**36**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       15,994.98

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
       **Anjum Siddiqui**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx3577** <br><br> **Mnet Fin Inc** <br> **95 Argonaut** <br> **Aliso Viejo, CA 92656** | | H | **Med1 02 Medical Payment Data** | | | | 114.00 |
| Account No. **xxxxxxxxxxxx3576** <br><br> **Mnet Fin Inc** <br> **95 Argonaut** <br> **Aliso Viejo, CA 92656** | | W | **Med1 02 Medical Payment Data** | | | | 53.00 |
| Account No. **xxxx7049** <br><br> **NCO** <br> **2703 N Highway 75** <br> **Sherman, TX 75091** | | H | **Opened  5/01/11** <br> **Collection Attorney Auto Club Group** | | | | 144.00 |
| Account No. **xxxxxxxx WAMU** <br><br> **NCO** <br> **1804 Washington Blvd.** <br> **Mailstop 450** <br> **Baltimore, MD 21230** | | J | **01/23/2009** <br> **for information purpose** | | | | 0.00 |
| Account No. **xxxxxxxxx/xxxx xxxding** <br><br> **NCO** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | J | **02/04/2010** <br> **for information purpose** | | | | 0.00 |

Sheet no. __**37**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

311.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
     **Anjum Siddiqui**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5145** <br><br> **NCO** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | J | **12/06/2009** <br> **Collection** | | | | **1,331.66** |
| Account No. **xxxxxxx0942** <br><br> **NCO** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | J | **05/09/2011** <br> **Collection** | | | | **143.79** |
| Account No. **xxxx-xxxx-xxxx-7209** <br><br> **NCO Financial Systems Inc** <br> **P.O Box 61247** <br> **Virginia Beach, VA 23466** | | J | **12/28/2007** <br> **for information purpose** | | | | **0.00** |
| Account No. **xxxxxxxxx xEARS** <br><br> **NES** <br> **29125 Solon Road** <br> **Solon, OH 44139** | | J | **06/20/2008** <br> **collection** | | | | **1,531.56** |
| Account No. **xxxxO000** <br><br> **Nonsurgical Spine & Ortho Care** <br> **303 E. Army Trail Road Suite 407** <br> **Bloomingdale, IL 60108** | | J | **2012** <br> **medical** | | | | **30.45** |

Sheet no. __38__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,037.46**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moin Siddiqui,**
    **Anjum Siddiqui**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0004**<br><br>**Northwest Collectors**<br>**3601 Algonquin Rd Ste 23**<br>**Rolling Meadows, IL 60008** | | W | **Opened 8/01/12**<br>**Collection Attorney Physician Anesthesia Associate** | | | | **1,120.00** |
| Account No. **xx2608**<br><br>**Northwest Health Care Associates**<br>**2360 Hassell Road Suite F**<br>**Hoffman Estates, IL 60169** | | J | **12/18/2009**<br>**medical** | | | | **40.00** |
| Account No. **xxxx-xxxx-xxxx-1820**<br><br>**NRC**<br>**6491 Peachtree Industrial Blvd**<br>**Atlanta, GA 30360** | | J | **06/17/2009**<br>**Collections** | | | | **2,026.16** |
| Account No. **xxxxxxx7003**<br><br>**Optimum Outcomes Inc**<br>**2651 Warrenville R**<br>**Downers Grove, IL 60515** | | W | **Opened 12/01/12**<br>**Collection Attorney St. Alexius Medical Center** | | | | **629.00** |
| Account No. **xxxxxxx7340**<br><br>**Optimum Outcomes Inc**<br>**2651 Warrenville R**<br>**Downers Grove, IL 60515** | | W | **Opened 12/01/12**<br>**Collection Attorney Alexian Brothers Medical Cente** | | | | **445.00** |

Sheet no. __**39**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,260.16**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moin Siddiqui,**
    **Anjum Siddiqui**
_____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxx0580**<br><br>**Oxford Management Services**<br>**P.O Box 1991**<br>**Southgate, MI 48195** | | | J | 09/08/2008<br>**collection/for information purpose** | | | | 0.00 |
| Account No. **xxxxxxxxxxxxxx2555**<br><br>**Palisad Coll**<br>**Attention: Banktruptcy Department**<br>**Po Box 1244**<br>**Englewood Cliffs, NJ 07632** | | H | | Opened 6/01/08<br>**Factoring Company Account**<br>**Providian/Washington Mutual** | | | | 2,486.00 |
| Account No. **xxxx-xxxx-xxxx-3187**<br><br>**Palisades Colleciton LLC**<br>**P.O Box 1244**<br>**Englewood Cliffs, NJ 07632** | | | J | 07/10/2008 | | | | 3,544.22 |
| Account No. **xS175**<br><br>**Philliip > Cacioppo M.D, S.C**<br>**800 Biesterfield Rd**<br>**Wimmer Suite 202**<br>**Elk Grove Village, IL 60007** | | | J | 05/07/2013<br>**medical** | | | | 282.55 |
| Account No. **xxx xxxxford**<br><br>**Precision Roofing & Sidding , Inc**<br>**4 Hillview Drive Unit E**<br>**Barrington, IL 60010** | | | J | 2010 | | | | 1,190.61 |

Sheet no. __40__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,503.38

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moin Siddiqui,**
        **Anjum Siddiqui**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9930** <br><br> **Quest Diagnostics** <br> **113 W. Lake Street** <br> **Bloomingdale, IL 60108** | | J | | | | | 148.90 |
| Account No. **xxxxxxx5163** <br><br> **Quest Diagnostics** <br> **P.O Box 809403** <br> **Chicago, IL 60680** | | J | 02/11/2011 | | | | 98.61 |
| Account No. **xxxxxx1925** <br><br> **Quest Diagnostics** <br> **P.O Box 809403** <br> **Chicago, IL 60680** | | J | 02/03/2011 <br> medical | | | | 44.31 |
| Account No. **xxxxxx6894** <br><br> **Quest Diagnostics** <br> **P.O Box 809403** <br> **Chicago, IL 60680** | | J | 03/25/2011 <br> medical | | | | 9.97 |
| Account No. **xxx-xxxx2301** <br><br> **RAB Inc** <br> **7000 Goodlett Farms Parkway** <br> **P.O Box 34111** <br> **Cordova, TN 38016** | | J | 09/10/2008 <br> credit card | | | | 4,612.73 |

Sheet no. __41__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 4,914.52 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Moin Siddiqui,**
         **Anjum Siddiqui**                                                Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx169C** | | | 06/21/2012 medical | | | | |
| **Radiological consultants of Woodsto** 9410 Compubill Drive Orland Park, IL 60462 | | J | | | | | 142.05 |
| Account No. **xxxxxxxxxxxx xx. xxxxxxx xedic** | | | 11/18/2009 medical | | | | |
| **RCS** P. O Box 7229 Westchester, IL 60154 | | J | | | | | 257.72 |
| Account No. **xxxxxxxxxxxxxxxx xxxxxADES** | | | 08/28/2009 for information purpose | | | | |
| **Riddle Wood P.C** Attorneys At Law P. O Box 1187 Sandy, UT 84091 | | J | | | | | 0.00 |
| Account No. **x9227** | | | 10/05/2012 medical | | | | |
| **RLT Neurologic Associates** 255 West First St Elmhurst, IL 60126 | | J | | | | | 59.01 |
| Account No. **5908** | | | 04/12/2012 medical | | | | |
| **Schauburg Medicine & Endocrinology** 1439 W.Schaumburg Rd Schaumburg, IL 60194 | | J | | | | | 4.45 |

Sheet no. __42__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                463.23

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moin Siddiqui,**                                                      Case No. _____
    **Anjum Siddiqui**
_____,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-1553**<br><br>**SEARS credit Cards**<br>**P.O Box 183082**<br>**Columbus, OH 43218** | | J | 07/09/2008<br>for information purpose | | | | 0.00 |
| Account No. **xxxxxxxxxxxxx xxBANK**<br><br>**Sentry  Credit Inc**<br>**2809 Grand Ave.**<br>**Everett, WA 98201** | | J | 08/11/2009<br>for information purpose | | | | 0.00 |
| Account No. **xxxxxxxxxxx0580**<br><br>**Sentry  Credit Inc**<br>**2809 Grand Ave.**<br>**Everett, WA 98201** | | J | 08/11/2009<br>collection | | | | 481.35 |
| Account No. **xx0407**<br><br>**Stellar Recovery Inc**<br>**4500 Salisbury Rd Ste 10**<br>**Jacksonville, FL 32216** | | H | Opened  4/01/13<br>Collection Attorney Fifth Third Bank | | | | 1,024.00 |
| Account No. **xxx9043**<br><br>**Stellar Recovery Inc**<br>**4500 Salisbury Rd Ste 10**<br>**Jacksonville, FL 32216** | | W | Opened  4/01/13<br>Collection Attorney Dish Network | | | | 328.00 |

Sheet no. __43__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,833.35

B6F (Official Form 6F) (12/07) - Cont.

In re **Moin Siddiqui,**    **Anjum Siddiqui**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx8894** <br><br> **Suburban Lung Asociate SC** <br> **P.O Box  2776** <br> **Carol Stream, IL 60132** | | J | | 05/27/2013 <br> medical | | | | 38.01 |
| Account No. **xxxxN000** <br><br> **Suburban Neurologics SC** <br> **800 Biesterfield Rd** <br> **Suite 2009** <br> **Elk Grove Village, IL 60007** | | J | | 05/01/2012 <br> medical | | | | 43.16 |
| Account No. **xx-xxxx7721** <br><br> **Suburban Radiologist Sc** <br> **1446 Momentum Place** <br> **Chicago, IL 60689** | | J | | 07/11/2011 <br> medical | | | | 16.49 |
| Account No. **xx-xxx5033** <br><br> **Suburban Radiologist Sc** <br> **1446 Momentum Place** <br> **Chicago, IL 60689** | | J | | 06/13/2011 <br> medical | | | | 82.46 |
| Account No. **x8422** <br><br> **The Center for Sports Orthopae** <br> **1585 N. Barrington -101** <br> **Hoffman Estates, IL 60169** | | J | | 02/16/2011 <br> medical | | | | 96.02 |

Sheet no. __44__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

276.14

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
       **Anjum Siddiqui**
_____,
                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxxxxxxxxxx1515** | | | | | **Opened 11/01/03  Last Active  2/26/08**  **Unsecured** | | | | |
| **Think Fcu** **5200 Members Pkwy Nw** **Rochester, MN 55901** | H | | | | | | | | 5,589.00 |
| Account No. **xxxxx-xxxxxx2291** | | | | | 02/09/2011 | | | | |
| **Transworld Systems Inc** **Collection Agency** **1375 East Woodfield Rd Ste 110** **Schaumburg, IL 60173** | J | | | | | | | | 60.00 |
| Account No. **xxxxx-xxxxxx1084** | | | | | 12/28/2012 | | | | |
| **Transworld Systems Inc** **Collection Agency** **1375 East Woodfield Rd Ste 110** **Schaumburg, IL 60173** | J | | | | | | | | 282.55 |
| Account No. **xxxxx1271** | | | | | 06/28/2008 | | | | |
| **Travelers** **Wilcover Insurance Agency** **1783 Queensbury Circle** **Carol Stream, IL 60188** | J | | | | | | | | 653.28 |
| Account No. **xxxxx5165** | | | | | 07/28/2008 | | | | |
| **Travelers** **Wilcover Insurance Agency** **1783 Queensbury Circle** **Hoffman Estates, IL 60169** | J | | | | | | | | 667.80 |

Sheet no. __45__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,252.63

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
       **Anjum Siddiqui**
                                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-0507** <br><br> **US Bank** <br> **Cardmember Service** <br> **P.O Box 790084** <br> **Saint Louis, MO 63179** | | J | | 07/08/2008 <br> **credit card/for information purpose** | | | | 6,515.16 |
| Account No. **xxxxxxxx0580** <br><br> **US Bank** <br> **P.O Box 2407** <br> **Minneapolis, MN 55402** | | J | | 06/05/2008 | | | | 404.61 |
| Account No. **xxxx-xxxx-xxxx-1940** <br><br> **Velocity** <br> **P.O Box 788** <br> **Belmar, NJ 07719** | | J | | 04/26/2010 | | | | 4,755.32 |
| Account No. **xxxx-xxxx-xxxx-3187** <br><br> **Washington Mutual** <br> **P.O Box 660433** <br> **Dallas, TX 75266** | | J | | 03/20/2007 <br> **for information purpose** | | | | 0.00 |
| Account No. **xxxxxx xxxxxxxx Cred** <br><br> **Weltman , Weinberg & Reis co** <br> **175 South 3rd St. Ste 900** <br> **Columbus, OH 43215** | | J | | 04/14/2009 <br> **colleciton /for information purpose** | | | | 0.00 |

Sheet no. __**46**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **11,675.09**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Moin Siddiqui,**
       **Anjum Siddiqui**                                      Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxxx HSBC** <br><br> **Weltman, Weinberg & Reis  Co. L.P.A** <br> **323 W. Lakeside Avenue Ste 200** <br> **Cleveland, OH 44113** | | J | | 10/15/2008 <br> **for information purpose** | | | | 0.00 |
| Account No. **xxxxx7238** <br><br> **Weltman, Weinberg & Reis  Co. L.P.A** <br> **323 W. Lakeside Avenue Ste 200** <br> **Cleveland, OH 44113** | | J | | 04/30/2010 | | | | 1,196.56 |
| Account No. **xx2590** <br><br> **Wheaton Eye Clinic** <br> **2015 North Main Street** <br> **Wheaton, IL 60187** | | J | | 01/20/2011 | | | | 42.00 |
| Account No. **x0878** <br><br> **Whol Eye Center** <br> **303 East Army Trail Road** <br> **Ste 200** <br> **Bloomingdale, IL 60108** | | J | | 08/16/2010 | | | | 18.94 |
| Account No. **xxxxx4966** <br><br> **Windfield Laboratory Consultants,SC** <br> **Dept 4408** <br> **Carol Stream, IL 60122** | | J | | 07/06/2012 <br> **Medical** | | | | 42.20 |

Sheet no. __47__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,299.70

B6F (Official Form 6F) (12/07) - Cont.

In re **Moin Siddiqui,**
    **Anjum Siddiqui**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx7103**<br><br>**Winfield Laboratory Consultants, SC**<br>**Ept 4408**<br>**Carol Stream, IL 60122** | | J | 09/24/2012<br>medical | | | | 75.20 |
| Account No. **x2406**<br><br>**Winfield Radiology Consultants SC**<br>**6910 S. Madison Streetq**<br>**Willowbrook, IL 60527** | | J | 05/04/2013<br>Medical | | | | 7.94 |
| Account No. **x2406**<br><br>**Winfield Radiology Consultants SC**<br>**6910 S. Madison Streetq**<br>**Willowbrook, IL 60527** | | J | 05/04/2013<br>Medical | | | | 17.37 |
| Account No. **xxxxx3814**<br><br>**Winfield Radiology Consultants SC**<br>**6910 S. Madison Streetq**<br>**Willowbrook, IL 60527** | | J | 09/24/2012<br>Medical | | | | 18.00 |
| Account No. **xx8407**<br><br>**Womens DOC SC**<br>**20 Executive Court Suite 1**<br>**Barrington, IL 60010** | | J | 11/28/2010<br>medical | | | | 20.00 |

Sheet no. __48__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     138.51

B6F (Official Form 6F) (12/07) - Cont.

In re   **Moin Siddiqui,**
        **Anjum Siddiqui**
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxN000** **Yalovet Surgical Assist Inc** **567 Greenwood Road** **Glenview, IL 60025** | | J | | **06/07/2012** **medical** | | | | **200.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __49__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**200.00**

Total
(Report on Summary of Schedules)

**219,198.69**

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Moin Siddiqui,**                                                                                          Case No. _____
          **Anjum Siddiqui**
_____,
                                            Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Moin Siddiqui,**                                          Case No. _____
         **Anjum Siddiqui**

_____ ,
                                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re    **Moin Siddiqui**
         **Anjum Siddiqui**                                          Case No. _____
         _____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **son** | AGE(S): **19 years** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales** | **Teacher** |
| Name of Employer | **Value City Furniture** | **Tutor Time** |
| How long employed | **3 years** | **3 years** |
| Address of Employer | **49 W. NorthAvenue** **Melrose Park, IL 60164** | **234 West Lake Street** **Bloomingdale, IL 60108** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 3,675.01 | $ 1,806.83 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 3,675.01 | $ 1,806.83 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 349.09 | $ 435.31 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify)     **See Detailed Income Attachment** | $ 1,839.32 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 2,188.41 | $ 435.31 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,486.60 | $ 1,371.52 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,486.60 | $ 1,371.52 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 2,858.12 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re   **Moin Siddiqui**
      **Anjum Siddiqui**                          Case No. _____
                                Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| 401 k | $ 224.12 | $ 0.00 |
| PIK | $ 30.25 | $ 0.00 |
| FICA | $ 240.93 | $ 0.00 |
| dental | $ 91.00 | $ 0.00 |
| FSA HLT | $ 208.35 | $ 0.00 |
| Supp LF | $ 37.83 | $ 0.00 |
| Emp Fic | $ 88.05 | $ 0.00 |
| Garnishment 15% | $ 564.89 | $ 0.00 |
| medicare | $ 20.58 | $ 0.00 |
| ill | $ 64.83 | $ 0.00 |
| 401K In and 401 K a | $ 268.49 | $ 0.00 |
| **Total Other Payroll Deductions** | $ 1,839.32 | $ 0.00 |

B6J (Official Form 6J) (12/07)

In re **Moin Siddiqui**
**Anjum Siddiqui**
Debtor(s)

Case No. _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,407.00 |
| a. Are real estate taxes included?          Yes ___          No **X** | | |
| b. Is property insurance included?          Yes ___          No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 120.00 |
| b. Water and sewer | $ | 86.00 |
| c. Telephone | $ | 0.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 390.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 60.00 |
| 4. Food | $ | 580.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 60.00 |
| 7. Medical and dental expenses | $ | 30.00 |
| 8. Transportation (not including car payments) | $ | 380.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 335.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 382.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,880.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a.    Average monthly income from Line 15 of Schedule I | $ | 2,858.12 |
| b.    Average monthly expenses from Line 18 above | $ | 3,880.00 |
| c.    Monthly net income (a. minus b.) | $ | -1,021.88 |

**B6J (Official Form 6J) (12/07)**

In re    **Moin Siddiqui**
     **Anjum Siddiqui**                Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| cell(4 lines) | $ | 180.00 |
| cable | $ | 130.00 |
| internet | $ | 80.00 |
| **Total Other Utility Expenditures** | $ | **390.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Moin Siddiqui**
       **Anjum Siddiqui**
_____
                                    Debtor(s)

Case No. _____

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**66**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 29, 2013**            Signature   **/s/ Moin Siddiqui**
                                                 **Moin Siddiqui**
                                                 Debtor

Date   **July 29, 2013**            Signature   **/s/ Anjum Siddiqui**
                                                 **Anjum Siddiqui**
                                                 Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Moin Siddiqui**
**Anjum Siddiqui**        Case No.

                      Debtor(s)        Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$57,109.00** | **2012: Both Employment Income** |
| **$29,162.65** | **2013 YTD: Both Employment Income** |
| **$53,667.00** | **2011: Joint Dbt Employment Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                AMOUNT           SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None** ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **HSBC Bank USA v. Anjum Siddiqui 2012 CH 002782** | **Civil** | **Circuit Court for the 18th Judicial Circuit Dupapage County-Wheaton IL** | **Notice of Sheriff Sale** |
| **LVNV Funding LLC v. Anjum Siddiqui 09 SC 6599** | **civil** | **Circuit Court of the Eighteenth Judicial Circuit , Dupage County** | **Wage Deduction Notice** |
| **Asset Acceptance, LLC v. Anjum M. Siddiqui 11 SC 1435** | **civil** | **Circuit Court of Dupage County, Illinois** | **Notice of Motion for Entry of Wage Deduction** |
| **Palisades Collection LLC v. Moin Siddiqui 12 SC 1145** | **Civil** | **Circuit Court of 18th Judicial Circuit Dupage County , Illinois** | **Motion** |
| **Livingston Financial LLC v. Moin Siddiqui 11 SR 2808** | **Civil** | **Circuit Court of the 18th Judicial Center** | **Wage Deduction Summons** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Atlantic Credit & Finance Inc. Assignee from HSBC v. Moin Siddiqui**<br>**10 SC 05834** | **Civil** | **Circuit Court of the 18th Judicial Circuit , Dupage County Illinos** | **Wage Deduction Order** |
| **US Bank, N.A v. Moin Siddiqui , Anjum Siddiqui**<br>**10 AR 3274** | **Civil** | **Circuit Court for the18th Judicial Circuit Dupage County, Illinois** | **Judgment entered by admission** |
| **US Bank, N.A v. Moin Siddiqui , Anjum siddiqui**<br>**2010 AR 003274** | **civil** | **Ciruit Cour of the 18th Judicial Circuit Dupage County** | **complaint** |
| **Chase Bank USA, N.A. v. Moin Siddiqui**<br>**08 M1 149379** | **civil** | **Circuit Court of Cook County** | **Citation to discover assets** |
| **Riverwalk Holdings Ltd v. Moin Siddiqui & Anjum Siddiqui**<br>**2010 SR 003830** | **civil** | **Circuit Court of the 18th Judicial Circuit , County of Dupage** | **summons** |
| **HSBC Bank USA N.A as Trustee for Friedman , Billinosg, Rampsey Group Inc. v. Moin Siddiqui and Anjum Siddiqui**<br>**08 CH 2132** | **civil** | **Circuit Cour for the 18th Judicial Circuit , Dupage County-Wheaton Illinois** | **notice of motion** |

None
■      b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■      a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■      b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)

5

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)
6

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

### 19. Books, records and financial statements

None ■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

B7 (Official Form 7) (04/13)
7

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                  DATE ISSUED

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

8

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **July 29, 2013**                      Signature   **/s/ Moin Siddiqui**

                                                          **Moin Siddiqui**
                                                          Debtor

Date   **July 29, 2013**                      Signature   **/s/ Anjum Siddiqui**

                                                          **Anjum Siddiqui**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Moin Siddiqui**
    **Anjum Siddiqui**

                                                  Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Beneficial/hfc** | **Describe Property Securing Debt:**<br>**Location: 790 Standford Lane, Carol Stream IL 60188** |
|---|---|

Property will be (check one):

■ Surrendered               ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt          ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**Real Estate Mortgage** |
|---|---|

Property will be (check one):
   ☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt        ☐ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**Location: 790 Standford Lane, Carol Stream IL 60188** |

Property will be (check one):
■ Surrendered                                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Santander Consumer Usa** | **Describe Property Securing Debt:**<br>**Hyundai Sonat 2011**<br>**Location: 790 Standford Lane, Carol Stream IL 60188** |

Property will be (check one):
■ Surrendered                                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Us Bank** | **Describe Property Securing Debt:**<br>**Location: 790 Standford Lane, Carol Stream IL 60188** |

Property will be (check one):
  ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **July 29, 2013**          Signature  **/s/ Moin Siddiqui**
                                            **Moin Siddiqui**
                                            Debtor

Date  **July 29, 2013**          Signature  **/s/ Anjum Siddiqui**
                                            **Anjum Siddiqui**
                                            Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Moin Siddiqui**
**Anjum Siddiqui**
_____      Case No. _____
Debtor(s)      Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **750.00** |
| Prior to the filing of this statement I have received | $ | **750.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July 29, 2013**      **/s/ Salvador Lopez**
                                **Salvador Lopez**
                                **THE LAW OFFICE OF LOPEZ & MOHAMMED**
                                **164 E. Chicago Street**
                                **Suite 1B**
                                **Elgin, IL 60120**
                                **847-608-1600   Fax: 866-871-1073**
                                **ATTORNEYSL@YAHOO.COM**

---

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re | **Moin Siddiqui**
**Anjum Siddiqui** | Case No. |
--- | --- | --- |
| Debtor(s) | Chapter | **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Moin Siddiqui** | | |
| --- | --- | --- |
| **Anjum Siddiqui** | X  **/s/ Moin Siddiqui** | **July 29, 2013** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X  **/s/ Anjum Siddiqui** | **July 29, 2013** |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Moin Siddiqui**
       **Anjum Siddiqui**

                                     Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:            **250**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July 29, 2013**          **/s/ Moin Siddiqui**
                                     **Moin Siddiqui**
                                     Signature of Debtor

Date:  **July 29, 2013**          **/s/ Anjum Siddiqui**
                                     **Anjum Siddiqui**
                                     Signature of Debtor

.

Allied Interstate
P.O Box 4000
Warrenton, VA 20188


AAA Insurance
1 Auto Club Drive
Dearborn, MI 48126


Academy Collection Service, Inc
10965 Deatur Road
Philadelphia, PA 19154


Account Services
1802 N.E Loop 410 Suite 400
San Antonio, TX 78217


ACI
2420 Sweet HOme Rd ste 150
Buffalo, NY 14228


Advanced Endcrinology
800 E. Woodfield Road
Elk Grove Village, IL 60007


Advanced Endrocrinology, LLC
800 E. Woodfield Road
Suite 113
Schaumburg, IL 60173


Advanced Endrocrinology, LLC
800 E. Woodfield Road
Suite 113
Schaumburg, IL 60173


Advanced Home Improvements, Inc
3210 Thornberry Drive
Glenview, IL 60025


Aetna Life Insurance Company
P.O Box 981106
El Paso, TX 79998

Afni, Inc
1310 MLK Drive
P.O Box 3517
Bloomington, IL 61702


Alexian Brothers
3040 Salt Creek Lane
Arlington Heights, IL 60005


Allied Interstate
3000 Corporate Exchange Dr.
5th Floor
Columbus, OH 43231


Allstate Insurance
P.O BOX 12055
1819 Electric Road S.W
Roanoke, VA 24018


Allstate Insurance
P.O BOX 12055
1819 Electric Road S.W
Roanoke, VA 24018


ARM
P.O Box 129
Thorofare, NJ 08086


Arnold Scott Harris P.C
Attorneys at Law
111 West Jackson Boulevard, Ste 600
Chicago, IL 60604


ARS National Services Inc
P.O Box 463023
Escondido, CA 92046


Aspire Resources Inc
P.O Box 530308
Atlanta, GA 30353


Associated Pathology Consultants
P.O Box 3680
Peoria, IL 61612

Atena
Atena Customer Resolution Team
P. O Box 14463
Lexington, KY 40512


Atg Credit
1700 W Cortland St Ste 2
Chicago, IL 60622


Atg Credit
1700 W Cortland St Ste 2
Chicago, IL 60622


ATG Credti LLC
p.o bOX 14895
Chicago, IL 60614


Balanced Health Care Receivables
141 Burke Street
Nashua, NH 03060


Balanced Health Care Receivables
141 Burke Street
Nashua, NH 03060


Beneficial
520 West Lake Street, Suite #6
Addison, IL 60101


Beneficial/hfc
Po Box 3425
Buffalo, NY 14240


Blatt, Hesenmiller, Leibsker
125 South Wacker Dr. 400
Chicago, IL 60606


Blitt & Gaines , P. C
661 Glenn Avenue
Wheeling, IL 60090


Blitt & Gaines P.C
661 W. Glenn Avenue
Wheeling, IL 60090

Blitt & Gaines P.C
661 W. GlennAvenue
Wheeling, IL 60090


Blitt and Gaines P.C
661 W. Glen Avenue
Wheeling, IL 60090


Blitt and Gaines P.C
661 W. Glenn Avenue
Wheeling, IL 60090


Blitt and Gaines P.C
661 W. Glenn Avenue
Wheeling, IL 60090


Blitt and Gaines P.C
661 Glenn Avenue
Wheeling, IL 60090


Bloomingdale Open MRI LLC
P.O Box 844
Wheaton, IL 60189


Cadence Health
25 North Winfield Road
Winfield, IL 60190


Cadence Health
25960 Network Place
Chicago, IL 60673


Cadence Health
25 North Winfield Road
Winfield, IL 60190


Cadence Health
25 North Winfield Road
Winfield, IL 60190


Cadence Health
25 North Winfield Road
Winfield, IL 60190

Cadence Health
25 North Winfield Road
Winfield, IL 60190


Cadence Health
25 North Winfield Road
Winfield, IL 60190


Cadence Health
25 North Winfield Road
Winfield, IL 60190


Cameo Dentistry
70 Strattford Dirve
Bloomingdale, IL 60108


Capital Management Services LP
726 Exchange Street
Suite 700
Buffalo, NY 14210


Capital Management Services LP
726 Exchange Ste 700
Buffalo, NY 14210


Capital One
P.O Box 5294
Carol Stream, IL 60197


Cardiovascular Associates
Dept 20 1027
P.O Box 5940
Carol Stream, IL 60197


Cardiovascular Associates
Dept 20 1027
P.O Box 5940
Carol Stream, IL 60197


CBE Group
1309 Technology Parkway
Cedar Falls, IA 50613

CBE Group Inc
131 Tower Park Dr. Ste 100
Waterloo, IA 50701


Cda/pontiac
Attn:Bankruptcy
Po Box 213
Streator, IL 61364


Central Dupage Hospital
25 N. Winfield Road
Winfield, IL 60190


Central Dupage Hospital
P.O Box 739
Moline, IL 61265


Central Dupage Hospital
P.O Box 4090
Carol Stream, IL 60197


Central Dupage Hospital
P.O Box 4090
Carol Stream, IL 60197


Central Dupage Hospital
25 N. Winfield Road
Winfield, IL 60190


Central Dupage Hospital
25 N. Winfield Road
Winfield, IL 60190


Central Dupage Hospital
25 N. Winfield Road
Winfield, IL 60190


Central Dupage Hospital
25 N. Winfield Road
Winfield, IL 60190


Central Dupage Hospital
25 N. Winfield Road
Winfield, IL 60190

Central Dupage Hospital
25 N. Winfield Road
Winfield, IL 60190

Central Dupage Hospital
25 N. Winfield Road
Winfield, IL 60190

Central Dupage Hospital
25 N. Winfield Road
Winfield, IL 60190

Central Dupage Hospital
25 N. Winfield Road
Winfield, IL 60190

Central Dupage Hospital
P.O Box 4090
Carol Stream, IL 60197

Central Dupage Hospital
P.O Box 4090
Carol Stream, IL 60197

Central Dupage Hospital
25 N. Winfield Road
Winfield, IL 60190

Central Dupage Hospital
P.O Box 739
Moline, IL 61265

Central Dupage Hospital
25 N. Winfield Road
Winfield, IL 60190

Central Dupage Hospital
25 N. Winfield Road
Winfield, IL 60190

Central Dupage Hospital
25 N. Winfield Road
Winfield, IL 60190

```
Central Dupage Hospital
P.O Box 739
Moline, IL 61265


Central Dupage Hospital
25 N. Winfield Road
Winfield, IL 60190


Central Dupage Hospital
25 N. Winfield Road
Winfield, IL 60190


Certified Services Inc
Po Box 177
Waukegan, IL 60079


Chase
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 24696
Columbus, OH 43224


Chase
P.O  BOX 24696
Columbus, OH 43224


Chase
P.O Box 47607
Atlanta, GA 30362


Chicago Tribune
435 N. Michigan Ave
Chicago, IL 60611


Chrysler Credit/TD Auto Finance
Attn: Bankruptcy Dept
Po Box 551080
Jacksonville, FL 32255
```

Codilis & Associates P.C 1
15W030 North Frontage Road, Ste 100
Willowbrook, IL 60527


Computer Credit , Inc
640 West Fourth Street,
P.O Box 5238
Winston Salem, NC 27113


Credit Adjustments Inc
330 Flroence St
Defiance, OH 43512


Credit Collection Services
Two Wells Avenue Dept 9135
Newton Center, MA 02459


Credit Collection Services
Two Wells Avenue
Dept 9134
Newton Center, MA 02459


Creditors Discount & Audit Co
415 E. Main St
P.O Box 213
Streator, IL 61364


Creditors Interchange
P.O Box 1335
Buffalo, NY 14240


CVS caremark
P.O Box 659539
San Antonio, TX 78265


Denson Shops Inc
509 s.Carlton
P.O Box 703
Wheaton, IL 60187


Dental works
366 West Army Trail Road
Bloomingdale, IL 60108

```
Dental Works Bloomingdale
 366 West Army Trail Road
Bloomingdale, IL 60108


Dependon Colelction Service Inc
P.O Box 4983
Hinsdale, IL 60522


Dependon Colelction Service Inc
P.O Box 4833
Oak Brook, IL 60522


Dish Network
Dept 0063
Palatine, IL 60055


Drs Girgis and Associates
908 N. Elm Street Ste 306
Hinsdale, IL 60521


Drs Grigis and Associates
908 N. Elm Street Ste 306
Hinsdale, IL 60521


Dupage Medical Group
1100 West 31st Street
Suite 400
Plano, IL 60545


Dupage Medical Group
1100 West 31st Street Ste 400
Plano, IL 60545


Dupage Medical Group
1100 West 31st Street
Suite 400
Plano, IL 60545


Dupage Medical Group
1100 West 31st Street
Suite 400
Plano, IL 60545
```

Elk Grove Lab Physicians Pc
Dept 77-9154
Chicago, IL 60678


Elk Grove Lab Physicians Pc
Dept 77-9154
Chicago, IL 60678


Elk Grove Radilogy S.C
P.O Box 4543
Carol Stream, IL 60197


Evergreen Professional Recov.
12100 NE 195th Street
# 325
Bothell, WA 98011


Financial Corporation Of America
12515 Research Blv
Building 2 Suite 100
Austin, TX 78759


First Federal Credit C
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122


First National Collection Bureau In
610 Waltham Way
Sparks, NV 89434


FirstSource Advantage, LLC
205 Bryant Woods South,
Buffalo, NY 14228


Franklin Collection Service, Inc
P.O Box 3910
Tupelo, MS 38803


Freedman Anselmo Lindberg LLC
P.O Box3228
Naperville, IL 60566


GC Services
P.O Box 79
Elgin, IL 60121

Geico General Insurance Company
P.O Box 55126
Boston, MA 02205


Glendale Heights Healthcare
113 West Lake Street
Bloomingdale, IL 60108


Global Credit Collection Corp
300 International Drive PMB 10015
Buffalo, NY 14221


Gloria J. Caruso MD. PC
473 W. Army Trail #105
Bloomingdale, IL 60108


Harris & Harris, Ltd
Harris & Harris, Ltd.
111 W Jackson Blvd 400
Chicago, IL 60604


Harvard Collection
Harvard Collection Services
4839 N Elston Avenue
Chicago, IL 60630


Harvard Collection
Harvard Collection Services
4839 N Elston Avenue
Chicago, IL 60630


Harvard Collection Services, Inc
4839 N. Elston Avenue
Chicago, IL 60630


Haster Law Office P.A
6640 Shady Oak Road Ste 340
Eden Prairie, MN 55344


Health Care Recovery Solutions
1515 190th Street Ste 350
Gardena, CA 90248

Health Care Recovery Solutions
1515 190th Street Ste 350
Gardena, CA 90248


Health Lab
25 North Winfield Road
Winfield, IL 60190


Health Lab
25 North Winfield Road
Winfield, IL 60190


Health Recovery Solutions
1515 190th Street, Suite 350
Gardena, CA 90248


Health Recovery Solutions
1515 190th Street, Suite 350
Gardena, CA 90248


Health Recovery Solutions
1515 190th Street, Suite 350
Gardena, CA 90248


Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248


Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248


Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248


Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248


Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248

```
Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248


Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248


Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248


Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248


Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248


Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248


Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248


Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248


Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248


Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248


Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248
```

Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248


Healthcare Recovery So
1515 W 190th Street S-35
Gardena, CA 90248


Hsbc/bsbuy
Po Box 5253
Carol Stream, IL 60197


HSBC/Menards
Attn: Bankruptcy
Pob 5263
Carol Stream, IL 60197


HSBC/Menards
Attn: Bankruptcy
Pob 5263
Carol Stream, IL 60197


I.C. System Inc
444 Highway 96 East
P.O Box 64887
Saint Paul, MN 55164


JCC and Associates Inc
P.O Box 519
Sauk Rapids, MN 56379


Laura M. Cozzi M.D P.C
675 W. North Avenue Ste 301
Melrose Park, IL 60160


Law Offices of Mitchell N. Kay ,P.C
P.O Box 2374
Chicago, IL 60690


Leading Edge Recovery Solutions
5440 N. Cumberland Avenue Ste 300
Chicago, IL 60656

Lurie Childrens Medical
P.O Box 4254
Carol Stream, IL 60197


Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603


Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603


Malcolm S. Gerald and Associates
332 South Michigan Avenue
Suite 600
Chicago, IL 60604


Malcolm S. Gerald and Associates
332 South Michigan Avenue
Suite 600
Chicago, IL 60604


MCM
Dept 12421
P.O Box 603
Oaks, PA 19456


MCM
Department 12421
P.O Box 603
Oaks, PA 19456


MCM
8875 Areo Drive
Suite 200
San Diego, CA 92123


Mercantile
P.O Box 9016
Buffalo, NY 14231


Mercantile
P.O Box 9016
Buffalo, NY 14231

Mercato Foot and Ankle Center
501 ThornhillDrive Ste 100
Carol Stream, IL 60188


Merchants Cr
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606


Merchants Cr
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606


Merchants Cr
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606


Merchants Cr
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606


Merchants Cr
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606


Merchants Cr
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606


Merchants Cr
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606


Merchants Credit Guide co
223 W. Jackson Blvd
Chicago, IL 60606


Merchants' Credit Guide Co.
223 W. Jackson Blvd, #400
Chicago, IL 60606

Merchants' Credit Guide Co.
223 W. Jackson Blvd #400
Chicago, IL 60606

Merchants' Credit Guide Co.
223 W. Jackson Blvd, #400
Chicago, IL 60606

Merchants' Credit Guide Co.
223 W. Jackson Blvd #400
Chicago, IL 60606

Merchants' Credit Guide Co.
223 W. Jackson Blvd #400
Chicago, IL 60606

Merchants' Credit Guide Co.
223 W. Jackson Blvd #400
Chicago, IL 60606

Meserli & Kramer P.A
3033 Campus Dr # 250
Minneapolis, MN 55441

Meserli & Kramer P.A
3033 Campus Dr # 250
Minneapolis, MN 55441

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Mnet Fin Inc
95 Argonaut
Aliso Viejo, CA 92656

Mnet Fin Inc
95 Argonaut
Aliso Viejo, CA 92656

NCO
2703 N Highway 75
Sherman, TX 75091

NCO
1804 Washington Blvd.
Mailstop 450
Baltimore, MD 21230

NCO
507 Prudential Road
Horsham, PA 19044

NCO
507 Prudential Road
Horsham, PA 19044

NCO
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems Inc
P.O Box 61247
Virginia Beach, VA 23466

NES
29125 Solon Road
Solon, OH 44139

Nonsurgical Spine & Ortho Care
303 E. Army Trail Road Suite 407
Bloomingdale, IL 60108

Northwest Collectors
3601 Algonquin Rd Ste 23
Rolling Meadows, IL 60008

Northwest Health Care Associates
2360 Hassell Road Suite F
Hoffman Estates, IL 60169

NRC
6491 Peachtree Industrial Blvd
Atlanta, GA 30360

Optimum Outcomes Inc
2651 Warrenville R
Downers Grove, IL 60515


Optimum Outcomes Inc
2651 Warrenville R
Downers Grove, IL 60515


Oxford Management Services
P.O Box 1991
Southgate, MI 48195


Palisad Coll
Attention: Banktruptcy Department
Po Box 1244
Englewood Cliffs, NJ 07632


Palisades Colleciton LLC
P.O Box 1244
Englewood Cliffs, NJ 07632


Philliip > Cacioppo M.D, S.C
800 Biesterfield Rd
Wimmer Suite 202
Elk Grove Village, IL 60007


Precision Roofing & Sidding , Inc
4 Hillview Drive Unit E
Barrington, IL 60010


Quest Diagnostics
113 W. Lake Street
Bloomingdale, IL 60108


Quest Diagnostics
P.O Box 809403
Chicago, IL 60680


Quest Diagnostics
P.O Box 809403
Chicago, IL 60680


Quest Diagnostics
P.O Box 809403
Chicago, IL 60680

RAB Inc
7000 Goodlett Farms Parkway
P.O Box 34111
Cordova, TN 38016


Radiological consultants of Woodsto
9410 Compubill Drive
Orland Park, IL 60462


RCS
P. O Box 7229
Westchester, IL 60154


Riddle Wood P.C
Attorneys At Law
P. O Box 1187
Sandy, UT 84091


RLT Neurologic Associates
255 West First St
Elmhurst, IL 60126


Santander Consumer Usa
8585 N Stemmons Fwy Ste 1100-N
Dallas, TX 75247


Schauburg Medicine & Endocrinology
1439 W.Schaumburg Rd
Schaumburg, IL 60194


SEARS credit Cards
P.O Box 183082
Columbus, OH 43218


Sentry  Credit Inc
2809 Grand Ave.
Everett, WA 98201


Sentry  Credit Inc
2809 Grand Ave.
Everett, WA 98201


Stellar Recovery Inc
4500 Salisbury Rd Ste 10
Jacksonville, FL 32216

Stellar Recovery Inc
4500 Salisbury Rd Ste 10
Jacksonville, FL 32216


Suburban Lung Asociate SC
P.O Box 2776
Carol Stream, IL 60132


Suburban Neurologics SC
800 Biesterfield Rd
Suite 2009
Elk Grove Village, IL 60007


Suburban Radiologist Sc
1446 Momentum Place
Chicago, IL 60689


Suburban Radiologist Sc
1446 Momentum Place
Chicago, IL 60689


The Center for Sports Orthopae
1585 N. Barrington -101
Hoffman Estates, IL 60169


Think Fcu
5200 Members Pkwy Nw
Rochester, MN 55901


Transworld Systems Inc
Collection Agency
1375 East Woodfield Rd Ste 110
Schaumburg, IL 60173


Transworld Systems Inc
Collection Agency
1375 East Woodfield Rd Ste 110
Schaumburg, IL 60173


Travelers
Wilcover Insurance Agency
1783 Queensbury Circle
Carol Stream, IL 60188

Travelers
Wilcover Insurance Agency
1783 Queensbury Circle
Hoffman Estates, IL 60169


Us Bank
Attention: Bankruptcy Dept.
Po Box 5229
Cincinnati, OH 45201


US Bank
Cardmember Service
P.O Box 790084
Saint Louis, MO 63179


US Bank
P.O Box 2407
Minneapolis, MN 55402


Velocity
P.O Box 788
Belmar, NJ 07719


Washington Mutual
P.O Box 660433
Dallas, TX 75266


Weltman , Weinberg & Reis co
175 South 3rd St. Ste 900
Columbus, OH 43215


Weltman, Weinberg & Reis  Co. L.P.A
323 W. Lakeside Avenue Ste 200
Cleveland, OH 44113


Weltman, Weinberg & Reis  Co. L.P.A
323 W. Lakeside Avenue Ste 200
Cleveland, OH 44113


Wheaton Eye Clinic
2015 North Main Street
Wheaton, IL 60187

Whol Eye Center
303 East Army Trail Road
Ste 200
Bloomingdale, IL 60108


Windfield Laboratory Consultants,SC
Dept 4408
Carol Stream, IL 60122


Winfield Laboratory Consultants, SC
Ept 4408
Carol Stream, IL 60122


Winfield Radiology Consultants SC
6910 S. Madison Streetq
Willowbrook, IL 60527


Winfield Radiology Consultants SC
6910 S. Madison Streetq
Willowbrook, IL 60527


Winfield Radiology Consultants SC
6910 S. Madison Streetq
Willowbrook, IL 60527


Womens DOC SC
20 Executive Court Suite 1
Barrington, IL 60010


Yalovet Surgical Assist Inc
567 Greenwood Road
Glenview, IL 60025